IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV36

JURGEN CARTER,                          )
                    Plaintiff,          )
                                        )
        v.                              )            ORDER
                                        )
GOODRICH CORPORATION, DAVID             )
BOYNES, and MANUEL JIMENEZ.             )
                    Defendants.         )
                                        )
_____ )


        THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with

Prejudice. [Docket # 14].

        Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

        IT IS SO ORDERED.



                            Signed: May 31, 2007


                            Graham C. Mullen
                            United States District Judge